IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 25-13202-E

_____

PHILLIP ROY WASSERMAN,

Petitioner - Appellant,

versus

FCC COLEMAN - LOW WARDEN,

Respondent - Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

ORDER: Pursuant to the 11th Cir. R. 42-1(b), this appeal is DISMISSED for want of prosecution because the appellant Phillip Roy Wasserman failed to pay the filing and docketing fees to the district court, or alternatively, file a motion to proceed in forma pauperis in district court and failed to comply with the rules on Certificates of Interested Persons and Corporate Disclosure Statements within the time fixed by the rules.

Effective October 08, 2025.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 08, 2025

Clerk - Middle District of Florida
U.S. District Court
207 NW 2ND ST
OCALA, FL 34475

Appeal Number:  25-13202-E
Case Style:  Phillip Wasserman v. Warden
District Court Docket No:  5:25-cv-00490-TPB-PRL

The enclosed copy of the Clerk's Order of Dismissal for failure to prosecute in the above
referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers
General Information:    404-335-6100        Attorney Admissions:        404-335-6122
Case Administration:    404-335-6135        Capital Cases:              404-335-6200
CM/ECF Help Desk:    404-335-6125        Cases Set for Oral Argument:  404-335-6141

Enclosure(s)

DIS-2 Letter and Entry of Dismissal